EVA K. DAVLIN, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, as Executor of EVA S. WARDEN, Deceased, Respondent.

(Argued October 23, 1930; decided November 18, 1930.)

*Ira J. Schuster* and *Maurice R. Cheyette* for appellant.
*Harry R. Berlinicke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.